IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LEMARR WASHINGTON,<br><br>              Defendant. | 8:23–CR–98<br><br>ORDER |

Counsel for Defendant Lemarr Washington filed a Motion on January 18, 2024, requesting leave to file objections to United States Magistrate Judge Susan M. Bazis's Findings and Recommendation, Filing 61, out of time. Filing 64. Objections to the Findings and Recommendation were due on January 12, 2024. Filing 61 at 16. Counsel for Washington requests until January 23, 2024, to file objections. Filing 64 at 1. After considering the Motion, the Court directs that Counsel for Washington shall file any objections to the Findings and Recommendation, Filing 61, no later than January 23, 2024. However, the Court will defer its decision on whether to consider any such untimely objections until it reviews the Findings and Recommendation. Thus,

IT IS ORDERED:

1. Counsel for Washington shall file any objections she wishes to make to the Findings and Recommendation, Filing 61, no later than January 23, 2024; and

2. The Court defers whether it will consider these untimely objections until it reviews the Findings and Recommendation.

Dated this 19th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge