IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                      )<br>            Plaintiff,    )<br>                                      )<br>vs.                                      )<br>                                      )<br>LEMARR WASHINGTON,     )<br>                                      )<br>            Defendant,    )<br>                                      ) | 8:23CR98<br><br>ORDER |

This matter is before the Court on defendant Lemarr Washington's Motion to Continue Trial [80]. The parties require additional time to resolve this matter short of trial. The co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [80] is granted, as follows:

1. The jury trial, **as to both defendants**, now set for April 16, 2024, is continued to **June 25, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 25, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: April 3, 2024**

                                                                   **BY THE COURT:**

                                                                   s/ Susan M. Bazis
                                                                   **United States Magistrate Judge**