IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>LEMARR WASHINGTON,<br><br>                    Defendant. | 8:23CR98<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 154.   Having reviewed the record in this case, the Court finds as follows:

1.      On July 12, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $4,658.00 in United States currency. Filing 142.

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 16, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.   A Declaration of Publication was filed herein on September 19, 2024. Filing 153.

3.      The United States advises the Court that no party has filed a petition regarding the subject Property.   From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1.      The Plaintiff's Motion for Final Order of Forfeiture, Filing 154, is granted;

2.      All right, title and interest in and to the $4,658.00 United States currency seized from the Defendant on or about March 2, 2023, held by any person or entity are forever barred and foreclosed;

3.      The $4,658.00 United States currency is forfeited to the Government; and

4.      The Government is directed to dispose of that currency in accordance with the law.


Dated this 26th day of September, 2024.


BY THE COURT:

_____
Brian C. Buescher
United States District Judge