IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:23-CR-98 |
| Plaintiff, | |
| vs. | ORDER ON REQUEST FOR TRANSCRIPT |
| LEMARR WASHINGTON, | |
| Defendant. | |

This matter is before the Court on two Requests for Transcripts filed by nonparty Tera Washington. Filing 160; Filing 161. The request for transcript is granted, provided Ms. Washington contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

IT IS ORDERED that the Requests for Transcripts filed by nonparty Tera Washington, Filing 160; Filing 161, are granted as to the transcripts under the conditions described above, and are otherwise denied. The Clerk shall mail a copy of this Order to Tera Washington at the address provided in Filing 160 and Filing 161.

Dated this 16th day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1